1
2
3
4                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
5                                     AT SEATTLE

6    ANNETTE Y. BATTELL and HERBERT B.
     BATTELL, JR. Individually and the community
7    comprised there of,

8                          Plaintiffs,                    Case No. C06-849RSM

9                 v.                                      TAXATION OF COSTS

10   AAA SECURITY and PROSTAR SECURITY,
     INC.. and HAMPTON LUMBER MILLS,
11
12                         Defendants.

13          Costs in the above-entitled action are hereby taxed against PLAINTIFFS ANNETTE BATTELL

14   AND HERBERT BATTELL, JR. and on behalf of DEFENDANT HAMPTON LUMBER MILLS in the

15   amount of $697.95.

16          Dated this _____22nd_____ day of OCTOBER, 2007 .

17
18
19
20                                                Bruce Rifkin

21                                                Clerk, U.S. District Court

22
23
24
25
26   TAXATION OF COSTS -- 1